■ IRA WEINSTEIN, Appellant, v 367 PARK AVENUE REALTY CORP., Respondent.—Appeal by the defendant from an order and judgment (one paper) of the Supreme Court, Nassau County (Burke, J.), entered June 6, 1989.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Burke in the Supreme Court. Kooper, J. P., Sullivan, Harwood and Rosenblatt, JJ., concur.

■ THOMAS ZACHARIADES et al., Appellants, v JOSEPH JAHR et al., Respondents.—Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Lockman, J.), entered November 22, 1989.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Lockman at the Supreme Court (see, Brown v Bazin, 121 AD2d 422; see also, Pierson v Yourish, 122 AD2d 202). Thompson, J. P., Bracken, Lawrence and Eiber, JJ., concur.